**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ANTONY ZEPEDA GALICIA**,

Petitioner,

v.

**JAMISON, J.L., Warden, Federal
Detention Center, Philadelphia, et al.**,

Respondents.

**Case No. 2:26-cv-02902-JDW**

**ORDER**

**AND NOW**, this 9th day of June, 2026, it is **ORDERED** that the Parties shall appear

for argument as to Petitioner Antony Zepeda Galicia's Verified Petition For Writ Of Habeas

Corpus (ECF No. 1) on July 1, 2026, at 10:00 a.m. in Courtroom 12B, United States District

Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.