**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ANTONY ZEPEDA GALICIA**, <br><br> *Petitioner*, <br><br> v. <br><br> **JAMISON, J.L., Warden, Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-02902-JDW** |

## ORDER

**AND NOW**, this 1st day of July, 2026, as set forth on the record during today's hearing, it is **ORDERED** that on or before July 9, 2026, the Parties shall submit supplemental memoranda no longer than 7 pages regarding what information courts consider when determining the Government interest in the context of due process challenges to immigration statutes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.