**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ANTONY ZEPEDA GALICIA**,

*Petitioner*,

v.

**JAMISON, J.L., Warden, Federal Detention Center, Philadelphia, et al.**,

*Respondents.*

**Case No. 2:26-cv-02902-JDW**

**ORDER**

**AND NOW**, this 4th day of August, 2026, upon consideration of Antony Zepeda Galicia's Verified Petition For Writ Of Habeas Corpus (ECF No. 1), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Petition is **DENIED**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.